IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

DOMINIQUE LEBRON COLLINS, :
:
      Petitioner, :
:   NO. 7:22-CV-00046-WLS-TQL
VS. :
:
MR. PAULK, :
:
      Respondent. :
:

## ORDER

*Pro se* Petitioner Dominique Lebron Collins, a prisoner at Irwin County Detention Center in Ocilla, Georgia filed this habeas petition in the Southern District of Georgia. ECF No. 1. His petition was transferrd to this Court. *See* ECF Nos. 3 and 4. Petitioner also filed a motion to proceed *in forma pauperis* without the statutory supporting documents. ECF No. 2. On June 8, 2022, Petitioner was ordered to pay the $5.00 filing fee or submit a certified copy of his inmate trust account statement in support of his request to proceed *in forma pauperis*. ECF No. 6. Petitioner was given fourteen (14) days to respond and was informed that failure to comply would result in dismissal of his action. *Id.* Petitioner failed to respond.

Therefore, on June 28, 2022, the Court notified Petitioner that it had not received a response and ordered him to show cause why his action should not be dismissed for failure to comply and diligently prosecute his claims. ECF No. 8. The Court unambiguously informed Petitioner that his action would be dismissed if he failed to respond. *Id.*

Petitioner was given fourteen (14) days to respond and he failed to do so.

Additionally, mail sent to Petitioner at the Irwin County Detention Center address provided by the Petitioner has been returned to the Court with notations indicating that he may no longer be incarcerated at that facility. ECF Nos. 7 and 9. The Petitioner has not otherwise notified the Court of his current address.

Due to Petitioner's failure to follow the Court's Orders, failure to keep the Court informed of his address, and failure to prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED,** this 30th day of November, 2022.

W. LOUIS SANDS, JUDGE
UNITED STATES DISTRICT COURT