IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DOMINIQUE LEBRON COLLINS, | * |
| Petitioner, | * |
| v. | Case No.   7:22-CV-46(WLS) |
| | * |
| MR. PAULK, Warden, | |
| | * |
| Respondents. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 30, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 1st day of December, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk